BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| AMY S. MERICLE,<br>    Plaintiff,<br>vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | Case No.: 2:14-cv-02707-CMK<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for Defendant to file her responsive pleading to Plaintiff's Motion for Summary Judgment be extended to July 29, 2015.

    This is Defendant's first request for an extension of time to file her responsive pleading to Plaintiff's Motion for Summary Judgment.  Defendant

1  requests additional time due to illness and workload.  Plaintiff's counsel does not
2  oppose the additional time, and agrees that all subsequent deadlines in the
3  scheduling order should be extended accordingly.

                                     Respectfully submitted,

Dated:  June 29, 2015         BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

                       By:    /s/  *Donna W. Anderson*
                                 DONNA W. ANDERSON
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

Dated: June 29, 2015          SACKETT AND ASSOCIATES

                       By:     /s/ Harvey P. Sackett*
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff Amy S. Mericle
                                 *(\*By email authorization on 06/26/15)*

**IT IS SO ORDERED:**

   Dated:  July 2, 2015                                                   
                                                          CRAIG M. KELLISON
                                                         UNITED STATES MAGISTRATE JUDGE