BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| AMY S. MERICLE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02707-CMK<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties, through their respective counsel, stipulate that the time for Defendant to file her responsive pleading to Plaintiff's Motion for Summary Judgment be extended to August 28, 2015.

This is Defendant's second request for an extension of time to file her responsive pleading to Plaintiff's Motion for Summary Judgment. Defendant

requests additional time to further consult with the agency and to accommodate counsel's leave schedule.  Plaintiff's counsel does not oppose the additional time, and agrees that all subsequent deadlines in the scheduling order should be extended accordingly.

Respectfully submitted,

Dated:  July 29, 2015   BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/  *Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: July 29, 2015   SACKETT AND ASSOCIATES

By:   /s/ Harvey P. Sackett*
HARVEY P. SACKETT
Attorney for Plaintiff Amy S. Mericle
*(*By email authorization on 07/29/15)*

**IT IS SO ORDERED:**

**Dated:  August 3, 2015**

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE