**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY S. MERICLE, | No. 2:14-CV-2707-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____ / | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to entry of judgment ("Stipulation to Remand"), and for good cause shown, it is hereby ordered that the above-captioned action be reversed and remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

/ / /

/ / /

/ / /

1

1  All pending motions (Docs. 14, 20, and 21) are denied as moot.  The Clerk of the Court is

2  directed to enter judgment and close this file.

3            IT IS SO ORDERED.

4

5   DATED:  August 27, 2015

6                                                                    _____

7                                                                    **CRAIG M. KELLISON**
                                                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26