HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY SUE MERICLE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | No.:  2:14-cv-02707-CMK<br><br>STIPULATION AND ORDER<br>FOR THE AWARD OF EQUAL ACCESS<br>TO JUSTICE FEES |

The parties stipulate through counsel that, subject to the Court's approval, Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. 2412(d), for FOUR THOUSAND, THREE HUNDRED DOLLARS ($4,300.00). This amount represents compensation for all legal services rendered to Plaintiff by counsel in this civil action, and is awarded under 28 U.S.C. § 2412(d). After the Court orders EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and costs to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees, expenses and costs are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any

1

STIPULATION AND ORDER

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORPORATION
1055 Lincoln Avenue
Post Office Box 5025
San Jose, CA 95150-5025
Phone (408) 295-7755

offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff owes no federal debt, then the government shall cause the payment of fees to be made directly to Harvey P. Sackett, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and constitutes no admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the EAJA.

Dated: October 21, 2015

/s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
AMY SUE MERICLE


BENJAMIN B. WAGNER
United States Attorney

Dated: October 21, 2015

/s/_____
DONNA WADE ANDERSON
Special Assistant United States Attorney
Attorney for Defendant
(as authorized via e-mail 10/15/15)

IT IS SO ORDERED.

Dated:  October 26, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER